UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY KOMLOSSY,<br><br>                    Plaintiff,<br><br>      v.<br><br>FARUQI & FARUQI, LLP; NADEEM FARUQI and LUBNA M. FARUQI,<br><br>                    Defendants. | Case No. 15 Civ. 9316 (KPF) (SN)<br><br>Jury Trial Demanded |

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Richard W. Gonnello, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the Defendants' Motion to Dismiss the Complaint.

2.     Attached hereto as Exhibit 1 is a copy of the NYS Department of State, Division of Corporations, Entity Information as of February 17, 2016.

3.     Attached hereto as Exhibit 2 is a copy of *In re Jefferies Group, Inc. Shareholders Litigation*, C.A. No. 8059-CB, letter op. (Del. Ch. June 5, 2015) (Bouchard, C.), with relevant portions highlighted.

4.     Attached hereto as Exhibit 3 is a copy of N.Y. P'Ship Law § 26 (Consol. 2015).

5.     Attached hereto as Exhibit 4 is a copy of N.Y. Rule of Professional Conduct 1.5, with relevant portions highlighted.

6.     Attached hereto as Exhibit 5 is a copy of Nassau County Bar, Op. No. 1994-2, with relevant portions highlighted.

2

7. Attached hereto as Exhibit 6 is a copy of N.Y. Code of Prof'l Responsibility DR 2-107 (updated through December 28, 2007).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of March, 2016.

<u>*/s/ Richard W. Gonnello*</u>
Richard W. Gonnello