**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    PENNSYLVANIA

April 29, 2016

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re: *Komlossy v. Faruqi & Faruqi, LLP*, 1:15-cv-09316-KPF

Dear Judge Failla:

    We represent defendants Faruqi & Faruqi, LLP, Nadeem Faruqi and Lubna M. Faruqi in the above-referenced action. Pursuant to Your Honor's Individual Rule of Practice 4.D, enclosed please find the following documents:

1) Notice of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 17);

2) [Proposed] Order Granting Defendants' Motion to Dismiss the Amended Complaint (ECF No. 17-1);

3) Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 18);

4) Declaration of Richard W. Gonnello in Support of Defendants' Motion to Dismiss the Amended Complaint, with Exhibits 1-6 (ECF Nos. 19 to 19-6);

5) Plaintiff's Memoransum [sic] of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 20); and

6) Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 21).

                                        Respectfully submitted,

                                        */s/ R W Gonnello*

                                        Richard W. Gonnello

cc: All Counsel of Record (via ECF and e-mail)